# OPINIONS PER CURIAM, ETC., FROM JANUARY, TO DECEMBER, 1905.

No. 39. García v. Roig et al.—Appeal from the District Court of Mayaguez. Decided January 9, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of sections 51 and 54 of the Regulations. *Mr. Ramírez,* for appellant.

No. 40. Roig v. García.—Appeal from the District Court of Mayaguez. Decided January 9, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of sections 51 and 54 of the Regulations. *Mr. Ramírez,* for appellant.

No. 27. Colón et al. v. Estate of Villaronga.—Appeal from the District Court of Humacao. Decided January 9, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of section 54 of the Regulations. *Mr. Bernardini,* for plaintiff; *Mr. Eduardo Acuña,* for defendant.

No. 65. Berenguer v. Martínez et al.—Appeal from the District Court of Mayaguez. Decided January 11, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of section 54 of the Regulations. *Messrs. Horton and Cornwell,* for appellant; *Mr. Smith,* for respondent.